99 F.3d 402
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Mario INTRONA, D.C., and Chiro Med Health Services,
Plaintiffs-Appellants,
v.
ALLSTATE INSURANCE COMPANY, Defendant-Appellee.
 No. 95-7466.
 United States Court of Appeals, Second Circuit.
 Dec. 20, 1995.
 
 APPEARING FOR APPELLANTS: Paschal A. Corbo, Staten Island, N.Y.
 APPEARING FOR APPELLEE: Kevin J. Burke, Cahill Gordon & Reindel, New York, N.Y.
 E.D.N.Y.
 AFFIRMED.
 Before JON O. NEWMAN, Chief Judge, and JAMES L. OAKES and JOSE A. CABRANES, Circuit Judges.
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Eastern District of New York and was argued by counsel.
 
 
 2
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby AFFIRMED.
 
 
 3
 Upon consideration of the briefs and oral arguments, we affirm for the reasons set forth in the thorough Memorandum-Decision and Order of Judge R. Bartels.